AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**QUENTON THOMAS LOFTON**
DOB: x/xx/xx
PDID: xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>March 15, 2008</u> in the District of <u>COLUMBIA</u> defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.**

in violation of Title <u>   21   </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am <u>   **OFFICER CHARLES E. FULTZ**   </u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes    ☐ No

Signature of Complainant
**OFFICER CHARLES E. FULTZ**
**MPD- NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____ at   <u>Washington, D.C.</u>
Date                                      City and State

_____        _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On March 15, 2008, officers of the Metropolitan Police Department entered an alley in the 200 block of I Street, SW, Washington, D.C., a known drug-trafficking area.  Upon entering the parking lot officers observed a car with one occupant in the passenger seat.  Officers exited their vehicle to do a routine check and observed the passenger later identified as defendant Quenton Lofton switch from the passenger seat to the driver's seat without exiting the car.  Officers asked defendant Lofton if they could speak to him and the defendant stated "Yea man, I wasn't driving, I am just waiting for my girl and I don't have a driver's license."  As officers where talking to the defendant they observed a hand rolled marijuana cigarette in the ash tray and the defendant moving a sock in the center console.  The defendant was asked to exit the vehicle.  A female approached the vehicle and identified herself and that she was the owner of the car.  Officers asked her if they could search the car and she gave her consent.  A search of the car revealed an 8oz. bottle containing a liquid with an odor consistent with phencyclidine, also known as PCP, a bag containing empty glass vials, a rolled marijuana cigarette, and a prescription pill bottle next to the PCP in the name of the defendant.  Officers placed the defendant under arrest.  The approximate weight of the suspected PCP was 220 grams which is an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.


                                  OFFICER CHARLES E.  FULTZ
                                  MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.


                                  U.S. MAGISTRATE JUDGE